FILED'06 OCT 04 1454 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RICHARD ALLEN KEELING, | ) | |
| | ) | Civil No. 06-809-CO |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF OREGON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

**PANNER, Judge.**

Magistrate Judge John P. Cooney filed Findings and Recommendation on September 14, 2006. The matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

1 - ORDER

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#8) is adopted. This action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this __4__ day of October, 2006.

                                OWEN M. PANNER
                                United States District Judge